# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

Antonio Lafell Jackson

Inmate Identification Number: 175493

2:20-cv-808-WHA-JTA

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Bureau of Pardons and Paroles

(Enter above full name(s) of the defendant(s) in this action)

I. **Previous lawsuits**

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )   No (✓)

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.

   1. Parties to this previous lawsuit:

      Plaintiff(s): Antonio Lafell Jackson

      Defendant(s): Bureau of Pardons and Paroles

2. Court (if Federal Court, name the district; if State Court, name the county) _N/A_

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. Place of present confinement _N/A_

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )    No ( )

C. If your answer is YES:

1. What steps did you take? _Request Slip in first And a grievance form second_

2. What was the result? _No Help_

D. If your answer is NO, explain why not? _They never respond to the request slip or the grievance form_

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Antonio Lafell Jackson
Staton Corr. Facility
Address 2690 Marion Spillway Rd.
Elmore, Alabama 36025

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Bureau of Pardons and Paroles
is employed as 100 Capitol Commerce Blvd. Suite 310
at Montgomery, Alabama 36117

C. Additional Defendants

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

SEE ATTACHED SHEET ON BACK OF THE FORM.

3

Attached Sheet

## V. RELIEF

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Attached Sheet

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 7, 2020_

Antinio L. Jackson
2690 Marion Spillway Rd.
Elmore, AL 36025

Signature(s)

4

Antonio L. Jackson
#175493    EQ-18B
2690 Marion Spillway Rd.
Elmore, Alabama 36025

Montgomery P&DC 360
WED 07 OCT 2020 PM

"THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED, AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION."

United States District Court
B110 Frank M. Johnson Jr.
U.S. Courthouse Complex
One Church St.