# Attached Sheet

Statement of Claim of your case involve the defendants of Bureau and Pardons and Paroles.

Middle District Court of Alabama

Now Comes Plaintiff Antonio Latell Jackson AIS Number 175493 AT CAMP STATON Correctional Facility Level-4 Security of ALDOC...

# Statement of Claims

Grounds; Presented For Defendant:

  Bureau and Pardon and Paroles

1.) Deliberately Indifferent to Plaintiff Defammation and Slander of Character ACTING UNDER COLOR

2) Cruel and Unusual Punishment

3) Eigth (8th) Amendment

I Antonio L. Jackson after being falsely accused as a murderer by the Bureau of Pardons and Paroles, my life in prison has been on a downward spiral. It's hard for me to beleive I'll ever get out of prison when the very people who holds the key to my freedom has publicly call me a murderer when I have never had a murder charge. Therefore, I find myself involved in drug activities trying to escape the reality of never getting out of prison. Too, after losing my fiance I look to fill the void by interacting with the female officers and staff at Staton Correctional Facility and/or homosexuality. My fiance beleived the Bureau who accused me of murder despite my plea of it being a lie. After rebuilding my life through different self-help programs and spiritual intervention I felt excited of the future when there was a good chance of being

granted parole and finally being released to society as a law abiding citzen. Especially after Mr. Graddick had announced under the restructured and reorganized Parole Board, "one will earn his/her parole from prison." And that I had, having clear records and completion of different programs I was hopeful I'll finally get the opportunity to be looked at for my accomplishments and change, not being re-sentenced all over again like the parole board had so often did previously. However, my life was shattered when I was denied Parole as a convicted murderer and none of my accomplishments was considered. Also, my long time employer before my incarceration discontinued their relationship and promise of employment upon my release. I have no finanacial help due to my employer's not wanting relations with a convicted murderer. Therefore, I'm having to do whatever to finanacially survive while incarcerated.

## Relief

<u>State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases of statues.</u>

I would like my freedom first and foremost especially when my chances of making parole held better chance than it ever had due to my accomplishments and clear records at the time. For my pain and suffering after my employer and fiance both desserted me because of accusations I was a convicted murderer, I'm asking for eight (8) million dollars ($8,000,000). My life will never be the same after resorting to the drugs I have to escape the reality I'll never get out of prison when the people who hold the key to my freedom lied I was a convicted murderer and denied my release because of it.