United States District Court For THE Middle District of Alabama

Antonio L. Jackson
A.I.S # 175493
Plaintiff

vs.

State of Alabama
Bureau of Pardons
And Paroles

## AFFIDAVIT
## Of Facts

I Antonio Lafell Jackson (#175493) was denied parole on May 2019 set to be reviewed again in May of 2019. The Parole Board was backlogged and I did not have a hearing until November 2019. However, the back-log was extended due to the newly appointed Parole Board's director Charlie Graddick who put a hold on Parole hearings in September 2019. Mr. Graddick obviously was appointed the Board's Director for his experience and for his better perspective on parole matters. Mr. Graddick assured the public of his and others effort to reorganize and restructure the board. Which came through working tenaciously day and night that would render better screening on who should make parole. I felt a new era had dawn and I was hopeful I would be given parole. The hype of a reorganized and restructured parole board that Mr. Graddick had promised was motivating. I knew I would atleast be given a fair and balanced hearing thinking all the accomplishments I'd acquired during my incarceration would be considered. But to my disbelief the very people who hold the key to my freedom accused me of being a murderer. On November 5, 2019 I Antonio L. Jackson had a parole hearing where my present and prior criminal history was magnified. None of my institutional clear records or accomplishments was brought up only my crimes present and past. In fact, the Board was accompanied by the Attorney General office representative and Vocal (Victims of Crime and Leniency) who all accused me and protested my release as a convicted murderer. Despite my brother and relatives objections to the erroneous information of me being a convicted murderer, the Board defied their efforts to clarify the err but adamantly declared me a convicted murderer before Multiple Media outlets. Who also published this information. My finace who was stunned and felt I'd

deceived her of my past criminal history abandon me. Too my employer discontinued their agreement of having me employment upon my release. My life was thought to be over and I became hopless thinking there was no way out when the very people who holds the key to my freedom has lied on me and defamed my character. I was deemed the worst kind of violent offender when none of my cases involved any physical harm. I admit, I gave up and my life in prison spiraled to rock bottom. And even to this very moment I'm not sure there's hope of ever being released from ALDOC.

## NOTARY PUBLIC

I ascribe that the foregoing is true and accurate according to my knowledge.

_Sept. 28, 2020_
Date

_Antonio R Jackson_
Affiant

SWORN AND SUBSCRIBED BEFORE ME ON THIS 28th day of September, 20 20.

_[signature]_
NOTARY PUBLIC

My Commission Expires September 28, 2021.

MY COMMISSION EXPIRES