IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO LAFELL JACKSON, AIS 175493, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:20-cv-808-ECM |
| | ) |
| BUREAU OF PARDONS AND PAROLES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On August 30, 2023, the Magistrate Judge entered a Recommendation (doc. 35) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 35) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to provide a current address or otherwise comply with the Orders of this Court.

A separate Final Judgment will be entered.

DONE this 18th day of October, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE